Omar J. Alaniz, State Bar No. 24040402
Fareed I. Kaisani, State Bar No. 24104017
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Fax: (214) 953-6503
omar.alaniz@bakerbotts.com
fareed.kaisani@bakerbotts.com

**COUNSEL FOR PORTFOLIO
SECURE LONE LLC**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | ) ) | **Chapter 7** |
| **ERIC C. BLUE,** *et al.,*[1] | ) ) ) | **Case No. 19-33568-7** |
| Debtor. | ) ) ) | **(Jointly Administered)** |

**List of Creditors Pursuant to
Federal Rule of Bankruptcy Procedure 1007**

Portfolio Secure Lone LLC ("PSL"), creditor in the above-captioned chapter 7 cases, with the assistance of its counsel, hereby files the below List of Creditors for the above-captioned debtors with the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"), pursuant the Bankruptcy Court's "Order for Relief in an Involuntary Case" entered November 25, 2019 and also pursuant to Federal Rule of Bankruptcy Procedure 1007(k).

---

[1] The Debtors in these jointly administered chapter 7 cases are Eric C. Blue, Capital Park Management Company, LLC, and Capital Park Private Equity Partners, LLC.

1

**Creditors of Eric C. Blue**

1. Internal Revenue Service
   Department of the Treasury
   Internal Revenue Service
   Austin, TX 73301-0002

2. Portfolio Secure Lone LLC
   101 Huntington Avenue, Suite 500
   Boston, MA 02199

3. Neill S. Wright
   c/o Darrell Cook
   6688 North Central Expressway
   Dallas, TX 75206

4. JHT Holdings, Inc.
   c/o Peter N. Flocos
   599 Lexington Avenue
   New York, NY 10022

5. Compass Bank
   c/o Shawn K. Brady
   6351 Preston Road, Suite 350
   Dallas, TX 75034

6. Wendell McCain
   106 Saison Road
   Chapel Hill, NC 27517

7. Phelps Dunbar LLP
   c/o Christopher Ralston
   365 Canal Street, Suite 2000
   New Orleans, LA 70130

8. Piney Lake Opportunities ECI Master Fund LP
   c/o Charles Dale
   Proskauer Rose LLP
   One International Place
   Boston, MA 02110

**Creditors of Capital Park Management Company, LLC**

1. Portfolio Secure Lone LLC
   101 Huntington Avenue, Suite 500
   Boston, MA 02199

2. JHT Holdings, Inc.
   c/o Peter N. Flocos
   599 Lexington Avenue
   New York, NY 10022

**Creditors of Capital Park Private Equity Partners, LLC**

1. Portfolio Secure Lone LLC
   101 Huntington Avenue, Suite 500
   Boston, MA 02199

*/s/ Omar J. Alaniz*
Omar J. Alaniz, State Bar No. 24040402
Fareed I. Kaisani, State Bar No. 24104017
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6593
omar.alaniz@bakerbotts.com
fareed.kaisani@bakerbotts.com

**COUNSEL FOR PORTFOLIO SECURE LONE LLC**