BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Eric C. Blue<br><br>**DEBTOR** | Motion for joint administration of cases 19–33568; 19–33569; 19–33571 Portfolio Secure Lone, LLC's Motion for Entry of an Order (i) Directing Joint Administration of Related Chapter 7 Cases and (ii) Granting Related Relief Filed by Creditor Portfolio Secure Lone, LLC (4) | Case #<br>19–33568–bjh7 |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Creditor Portfolio Secure Lone, LLC<br><br>**PLAINTIFF / MOVANT** | VS | <br><br>**DEFENDANT / RESPONDENT** |

| | |
|---|---|
| O. Alaniz<br><br>**ATTORNEY** | <br><br>**ATTORNEY** |

**EXHIBITS**

Portfolio Secure Lone Exhibits 1–6 (See enclosed exhibit list.)

| | | |
|---|---|---|
| Shanette Green<br><br>**REPORTED BY** | 12/6/2019<br><br>**HEARING DATE** | Harlin DeWayne Hale<br><br>**JUDGE PRESIDING** |