DARRELL W. COOK
State Bar No. 00787279
DARRELL W. COOK & ASSOCIATES
A PROFESSIONAL CORPORATION
6688 North Central Expressway, Suite 1000
Dallas, TX 75206
(214) 368-4686
(214) 593-5713 Telecopy
e-mail: dwcook@attorneycook.com
      all@attorneycook.com

**ATTORNEY FOR CREDITOR NEILL S. WRIGHT**
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 19-33568-BJH-7 |
| ERIC C. BLUE, *et al.* | § | (jointly Administered) |
| *Debtors.* | § | CHAPTER 7 |

**PLEASE TAKE NOTICE** that the undersigned hereby enters its appearance on behalf of NEILL S. WRIGHT claimant, pursuant to § 1109(b) of the UNITED STATES BANKRUPTCY CODE and BANKRUPTCY RULE 9010(b), and requests copies of all notices and pleadings pursuant to BANKRUPTCY RULES 2002(a), (b), and (f) and 3017(a). All such notices should be addressed to the following persons:

DARRELL W. COOK
State Bar No. 00787279
DARRELL W. COOK & ASSOCIATES
A PROFESSIONAL CORPORATION
6688 North Central Expressway, Suite 1000
Dallas, TX 75206
(214) 368-4686
(214) 593-5713 Telecopy
e-mail: dwcook@attorneycook.com
      all@attorneycook.com

**PLEASE TAKE FURTHER** notice that, pursuant to § 1109(b) of the BANKRUPTCY CODE, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint,

demand, hearing motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

Respectfully submitted this 30th day of April, 2020.

        DARRELL W. COOK & ASSOCIATES,
        A PROFESSIONAL CORPORATION

        /s/ Darrell W. Cook

        _____
        DARRELL W. COOK
        State Bar No. 00787279
        dwcook@attorneycook.com
        DARRELL W. COOK & ASSOCIATES
        A PROFESSIONAL CORPORATION
        6688 North Central Expressway, Suite 1000
        Dallas, TX 75206
        (214) 368-4686
        (214) 593-5713 Telecopy

        **ATTORNEY FOR CREDITOR**
        **NEILL S. WRIGHT**

## **CERTIFICATE OF SERVICE**

This is to certify that on this the 30th day of April, 2020, I electronically filed the foregoing document with the United States District Court for the Northern District of Texas, using the court's electronic case filing system. The electronic filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented to accept the Notice of Electronic Filing as service of this document by electronic means. For those attorneys who have not consented to accept the Notice of Electronic Filing as service of this document by electronic means, I forwarded a true and correct copy of the above and foregoing document via certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure.

/s/ Darrell W. Cook

DARRELL W. COOK