# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 19-33568-BJH-7  
**Case Name:** BLUE, ERIC C.  
**For Period Ending:** 06/30/2020

**Trustee Name:** (631510) Diane G. Reed  
**Date Filed (f) or Converted (c):** 10/29/2019 (f)  
**§ 341(a) Meeting Date:** 01/06/2020  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Loan Agreement (u) (See Footnote) | 45,000.00 | 45,000.00 | | 45,000.00 | FA |
| 2 | 2014 Porsche Panamera | 99,000.00 | 99,000.00 | | 0.00 | 99,000.00 |
| 3 | 2008 Land Rover/Range Rover | 77,950.00 | 77,950.00 | | 0.00 | 77,950.00 |
| 4 | 2018 BMW 640 | 70,200.00 | 70,200.00 | | 0.00 | 70,200.00 |
| 5 | Wells Fargo Bank checking account | 30,931.51 | 30,931.51 | | 0.00 | 30,931.51 |
| 6* | Stock interests in Capital Park Private Equity Partners<br><br>80% ownership All Debtor's membership interests in Capital Park Management Company LLC and Capital Park Private Equity Partners, LLC are subject to secured debt of $4,691,000.00. (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7* | Stock interests in Capital Park Management Company<br><br>100% ownership All Debtor's membership interests in Capital Park Management Company LLC and Capital Park Private Equity Partners, LLC are subject to secured debt of $4,691,000.00. (See Footnote) | 0.00 | 0.00 | | 0.00 | 0.00 |
| **7** | **Assets    Totals    (Excluding unknown values)** | **$323,081.51** | **$323,081.51** | | **$45,000.00** | **$278,081.51** |

RE PROP# 1    Loan Agreement with PSL

RE PROP# 6    80% ownership All Debtor's membership interests in Capital Park Management Company LLC and Capital Park Private Equity Partners, LLC are subject to secured debt of $4,691,000.00.

RE PROP# 7    100% ownership All Debtor's membership interests in Capital Park Management Company LLC and Capital Park Private Equity Partners, LLC are subject to secured debt of $4,691,000.00.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 19-33568-BJH-7  
**Case Name:** BLUE, ERIC C.  

**Trustee Name:** (631510) Diane G. Reed  
**Date Filed (f) or Converted (c):** 10/29/2019 (f)  
**§ 341(a) Meeting Date:** 01/06/2020  

**For Period Ending:** 06/30/2020  

**Claims Bar Date:**

**Major Activities Affecting Case Closing:**

7/31/20 -- This case was commenced on October 29, 2019, by the filing of an involuntary petition under Chapter 7 by Portfolio Secure Lone, LLC ("PSL"). An order for relief under Chapter 7 was entered by this court on November 26, 2019, and the trustee was thereafter appointed. The first meeting of creditors was scheduled to be held on January 6, 2020, but the debtor failed to appear and has since failed to appear at rescheduled and re-noticed creditors meetings. On March 6, 2020, PSL filed an adversary proceeding against Blue seeking to except from the debtor's discharge the debt owed to PSL. The debtor has not answered this complaint and PSL is in the process of obtaining a default judgment. On April 8, 2020, the trustee filed a motion to obtain court approval for a post-petition loan from PSL in the amount of $45,000.00, $37,500.00 of which was allocated for payment of legal fees and expenses relating to the investigation of the debtor's financial affairs, and $7,500.00 of which was allocated to cover general administrative expenses of the bankruptcy estate. This financing motion was approved by order of the court entered on May 7, 2020. The trustee also filed an application to employ the law firm of Baker Botts, LLP to act as special counsel to investigate the debtor's assets, liabilities and financial affairs, which employment was approved by order of the court entered on May 7, 2020. On June 26, 2020, the United States Trustee filed a complaint objecting to the debtor's discharge pursuant to Section 727 of the Bankruptcy Code. The trustee is holding $7,418.17 in this case.

**Initial Projected Date Of Final Report (TFR):** 04/30/2021  
**Current Projected Date Of Final Report (TFR):** 04/30/2021