# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 19-33569-SGJ-7  
**Case Name:** CAPITAL PARK MANAGEMENT COMPANY, LL  
**For Period Ending:** 06/30/2020

**Trustee Name:** (631510) Diane G. Reed  
**Date Filed (f) or Converted (c):** 10/29/2019 (f)  
**§ 341(a) Meeting Date:** 01/06/2020  
**Claims Bar Date:**

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | There are no assets listed on Schedule B. | 0.00 | 0.00 | | 0.00 | FA |
| 1 | **Assets Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/31/20 -- This case was commenced by the filing on October 29, 2019 of an involuntary Chapter 7 petition by Portfolio Secure Lone, LLC ("PSL"). An order for relief was entered in this case on November 26, 2019, and the trustee was thereafter appointed. This case is being jointly administered with the affiliated Chapter 7 cases of Eric Blue (Case No. 19-33568) and Capital Park Private Equity Partners, LLC (Case No. 19-33571). An initial meeting of creditors was scheduled for this case on January 6, 2020, but was not held due to the debtor's representative, Eric Blue, failing to attend the meeting. Mr. Blue has also failed to attend rescheduled creditors meetings in this case. The assets, liabilities and financial affairs of this debtor are being investigated by the law firm of Baker Botts, LLP, which has been employed as special counsel to the trustee in this case. The trustee is holding no funds in this case.

**Initial Projected Date Of Final Report (TFR):** 04/30/2021  
**Current Projected Date Of Final Report (TFR):** 04/30/2021