# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 19-33571-HDH-7

**Case Name:** CAPITAL PARK PRIVATE EQUITY PARTNER

**For Period Ending:** 06/30/2020

**Trustee Name:** (631510) Diane G. Reed

**Date Filed (f) or Converted (c):** 10/29/2019 (f)

**§ 341(a) Meeting Date:** 01/06/2020

**Claims Bar Date:**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | There are no assets listed on Schedule B. | 0.00 | 0.00 | | 0.00 | FA |
| 1 | Assets Totals (Excluding unknown values) | $0.00 | $0.00 | | $0.00 | $0.00 |

**Major Activities Affecting Case Closing:**

7/31/20 --- This case was commenced by the filing on October 29, 2019, of an involuntary petition under Chapter 7 by Portfolio Secure Lone, LLC ("PSL"). An order for relief was entered by this court on November 26, 2019, and the trustee was thereafter appointed. This case is being jointly administered with the affiliated Chapter 7 cases of Eric Blue (Case No. 19-33568) and Capital Park Management Company, LLC (Case No. 19-33569). The initial meeting of creditors was scheduled to be held on January 6, 2020, but the debtor's representative, Eric Blue, failed to attend the meeting and has since failed to attend rescheduled creditors meetings. The assets, liabilities and financial affairs of this debtor are being investigated by the law firm of Baker Botts, LLP, which has been employed as special counsel to the trustee in this case. The trustee is holding no funds in this case.

**Initial Projected Date Of Final Report (TFR):** 04/30/2021

**Current Projected Date Of Final Report (TFR):** 04/30/2021