IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERIC C. BLUE, *et al.*, | § | Case No. 19-33568-MLV-7 |
| | § | (Jointly Administered) |
| Debtor(s) | § | |

## CHAPTER 7 §341 MEETING MINUTE SHEET

Due to Debtor's failure and refusal to attend several duly scheduled and noticed §341 meetings there has been no meeting held in this case.

Respectfully submitted,

*/s/ Diane G. Reed*
Diane G. Reed, Trustee
501 N. College Street
Waxahachie, Texas 75165
972-938-7334
1-972-923-0430 Fax
dgrtrustee@bcylawyers.com

**CHAPTER 7 §341 MEETING MINUTE SHEET– Page 1 of 1**