Fareed I. Kaisani, State Bar No. 24104017
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, Texas 75201
Telephone: (214) 953-6500
Fax: (214) 953-6503
fareed.kaisani@bakerbotts.com

Emanuel Grillo, Esq. (admitted *pro hac vice*)
**BAKER BOTTS L.L.P.**
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501
emanuel.grillo@bakerbotts.com

**COUNSEL FOR DIANE G. REED,
CHAPTER 7 TRUSTEE**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | ) ) ) | **Chapter 7** |
| **ERIC C. BLUE,** *et al.*,[1] | ) ) ) | **Case No. 19-33568-7** |
| Debtors. | ) ) ) | **(Jointly Administered)** |

**WITNESS AND EXHIBIT LIST
FOR THE SEPTEMBER 1, 2020 HEARING**

Diane G. Reed, Chapter 7 Trustee in the above-captioned jointly administered bankruptcy cases, hereby submits the following witness and exhibit list in respect of the hearing scheduled for **Tuesday, September 1, 2020, at 9:30 a.m. (CT)** before the Honorable Michelle V. Larson.

**A.    WITNESSES**

1. Fareed Kaisani

2. Any rebuttal and/or impeachment witnesses; and

3. All persons listed on the witness list of any other party.

---

[1] The Debtors in these jointly administered chapter 7 cases are Eric C. Blue, Capital Park Management Company, LLC, and Capital Park Private Equity Partners, LLC.

**B.    EXHIBITS**

| Ex. No. | Description[2] | Mark | Offer | Object | Admit | Disposition |
|---|---|---|---|---|---|---|
| 1. | Declaration of Fareed Kaisani in Support of (i) Trustee's Motion For Turnover of Financial Records and (ii) Motion for Order Finding Debtors in Civil Contempt of Court and Imposing Coercive Sanctions | | | | | |
| 2. | Email correspondence from O. Alaniz to Fareed Kaisani dated July 18, 2020 forwarding email chain with Eric C. Blue | | | | | |
| 3. | Affidavit of Bradley Purdue in Support of Motion to Compel Debtor to Appear at Section 341 Meeting of Creditors | | | | | |
| 4. | Email Correspondence from M. Brown to J. Kazlow | | | | | |
| 5. | Form S-1 for Bridgeway National Corp. (filed on April 16, 2020) | | | | | |
| 6. | Amended Notice Of Hearing [Docket No. 79] | | | | | |
| 7. | Any exhibit identified or admitted by any other party | | | | | |
| 8. | Any rebuttal or impeachment exhibits | | | | | |

---

[2] Each exhibit to be offered includes without limitation each schedule or other exhibit thereto.

RESPECTFULLY SUBMITTED this 28th day of August 2020.

/s/ *Fareed Kaisani*
Fareed I. Kaisani, State Bar No. 24104017
2001 Ross Avenue, Suite 900
Dallas, Texas 75201-2980
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
Email: fareed.kaisani@bakerbotts.com

-and-

Emanuel Grillo, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10012-4498
Telephone: (212) 408-2500
Facsimile: (212) 259-2501
emanuel.grillo@bakerbotts.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 28th day of August, 2020, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof and that, additionally, on the same date he caused true and correct copies of this document to be served by email and United States Mail on the following persons.

Eric C. Blue
1213 O Street NW
Washington DC, 20005
Eric.Blue@bridgewaynational.com
Eric.Blue@capitalpark.net

/s/ *Fareed Kaisani*
Fareed Kaisani, Esq.