# **<u>Exhibit 4</u>**

1

**Kaisani, Fareed**

| | |
|---|---|
| **From:** | Martin Brown <brnsike@swbell.net> |
| **Sent:** | Thursday, June 11, 2020 1:14 PM |
| **To:** | Kazlow, Jordan |
| **Subject:** | Eric Blue |

[EXTERNAL EMAIL]

Jordan;

The most recent records indicate that Eric Corey Blue may currently be residing at 1213 O Street NW, Washington, DC 20005. He applied for utilities at this residence on January 23, 2020. His credit headers reflect this same address as his current address. This is a 4-bedroom, 4-bath condominium property that is owned by the Ross G. Lajeunesse Trust. It is assessed at $2,322,950.

It appears from the records that he was previously residing at 3140 Harvard Avenue; Dallas 75205. This is a high-rise apartment complex known as The McKenzie. It is near the intersection of Monticello and North Central.

There is a Verizon cell phone that is listed to him and appears to be current. It is 202-821-7139.

He is driving a white 2019 Range Rover SUV. When last registered in June of 2019, it had Texas license ███████. The renewal receipt listed the address of 3140 Harvard Avenue in Dallas (as stated above). The plate is current until the end of this month. I queried license plate photos for that license number but found no hits in the last 90 days.

None of the information I have obtained was alerting and came from digital sources only. He should not be aware of the inquiries. Once you have reviewed this, let me know your thoughts on further investigation.


Martin Brown
Brown & Sikes, Inc.
P.O. Box 750
Glen Rose, TX  76043
254-898-1726
254-898-1727 Fax
Email: brnsike@swbell.net
License:  A10526501


*****CONFIDENTIAL: This electronic transmission and any documents or other writings accompanying it are intended only for the use of the recipient(s) named above. It contains information that is confidential, may be protected by the attorney work-product or other applicable privileges, and may constitute non-public information. If you are not an intended recipient of this message, please notify the sender at (254) 898-1726 or by reply e-mail. Unauthorized use, dissemination, distribution,

or reproduction of this message and any accompanying documents or other writings is strictly prohibited and may be unlawful.