BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Eric C. Blue<br>**DEBTOR** | [74] Motion to compel Turnover of Financial Records. ; [75] Motion for contempt against Eric. C. Blue regarding Failure to Comply with Court Orders | Case # 19–33568–mvl7 |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Diane G. Reed<br>**PLAINTIFF / MOVANT** | VS | **DEFENDANT / RESPONDENT** |
| Emanuel C. Grillo<br>**ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

TRUSTEE EXHIBITS 1–6 ADMITTED. SEE DOCKET# 80

| | | |
|---|---|---|
| Hawaii Jeng<br>REPORTED BY | 9/1/2020<br>HEARING DATE | Michelle V. Larson<br>JUDGE PRESIDING |