BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

**Eric C. Blue**    Case No.: **19-33568-7**

Debtor(s)

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☐  is the first mail matrix in this case.

☑  adds entities not listed on previously filed mailing list(s).

☑  changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐  deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **October 5, 2020**

*Eric Blue*
**Eric C. Blue**
Signature of Debtor

**xxx-xx-9062**
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.

```
Ascent Victory Park
2588 N. Houston St.
Dallas, TX 75219


AT&T Wireless
208 S. Akard St.
Dallas, TX 75202


AT&T Wireless
P.O. Box 6463
Carol Stream, IL 60197


Brendan J. Carlin
c/o Rachel E. Khirallah
Khirallah West PC
3027 Routh Street, Suite 100
Dallas, TX 75201


City of Dallas
1500 Marilla St.
Suite 4AN
Dallas, TX 75201


Compass Bank
c/o Shawn K. Brady
6351 Preston Road, Suite 350
Dallas, TX 75034


Equinox Highland Park
4023 Oak Lawn Ave.
Dallas, TX 75219


Green Mountain Energy
910 Louisiana Street
Houston, TX 77002


Internal Revenue Service
300 E. 8th Street
STOP 5026AUS
Austin, TX 78701
```

JHT Holdings, Inc.
c/o Peter N. Flocos
599 Lexington Ave.
New York, NY 10022


Lexington Law Group
2915 Hunter Mill Rd.
Ste. 17
Oakton, VA 22124


Matthew Baker
c/o Rachel E. Khirallah
Khirallah West PC
3027 Routh Street, Suite 100
Dallas, TX 75201


Neill S. Wright
c/o Darrell Cook
6688 North Central Expy.
Dallas, TX 75206


Phelps Dunbar LLP
c/o Christopher Ralston
365 Canal Street, Suite 2000
New Orleans, LA 70130


Piney Lake Opportunities ECI Master Fund
c/o Charles Dale
Proskauer Rose LLP
One International Place
Boston, MA 02110


Portfolio Secure Lone, LLC
101 Huntington Ave., Ste. 500
Boston, MA 02199


Regus Management Group
15455 Dallas Pkwy.
Ste. 600
Addison, TX 75001


Reward Zone Mastercard
P.O. Box 9001007
Louisville, KY 40290

Sallie Mae Corp.
300 Continental Dr.
Newark, DE 19713


Sallie Mae Corp.
P.O. Box 8459
Philadelphia, PA 19101


Spectrum Cable
400 Atlantic Street
Stamford, CT 06901


State Farm Insurance Co.
One State Farm Plaza
Bloomington, IL 61710


State of Maryland Child Support Division
311 West Saratoga Street
Baltimore, MD 21201


Wendell McCain
106 Saison Road
Chapel Hill, NC 27517


Worth Ross Management Co., Inc.
4144 N. Central Expy.
Suite 580
Dallas, TX 75204