IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERIC C. BLUE, | § | Case No. 19-33568-MVL-7 |
| | § | (Jointly Administered) |
| | § | |
| Debtor. | § | |

## NOTICE OF RESET CHAPTER 7 §341 MEETING

PLEASE TAKE NOTICE that the meeting of creditors pursuant to 11 U.S.C. § 341 in the above-referenced case has been reset for **Wednesday, October 28, 2020 at 10:00 a.m.** and will be held by telephone. The toll free number to call is 877-973-5157; alternate number is 210-339-3384 (toll free) and the participant code is 2585209.

Respectfully submitted,

*/s/ Diane G. Reed*
Diane G. Reed, Trustee
501 N. College Street
Waxahachie, Texas  75165
972-938-7334
1-972-923-0430 Fax
dgrtrustee@bcylawyers.com

## CERTIFICATE OF SERVICE

This is to certify that on October 6, 2020, a true and correct copy of the foregoing Notice of Reset Chapter 7 §341 Meeting was served electronically on all registered ECF users in this case, and by U.S. first class mail, postage prepaid, on the persons listed on the attached Service List.

/s/ Diane G. Reed
Diane G. Reed, Trustee

NOTICE OF RESET CHAPTER 7 §341 MEETING– Page 1 of 1

| | | |
|---|---|---|
| *In re Eric C. Blue, et al, Debtor*<br>*Case No. 19-33568-7*<br>*(Jointly Administered)* | Office of the United States Trustee<br>1100 Commerce St., Room 976<br>Dallas, TX 75242 | Mark A. Castillo<br>Robert C. Rowe<br>Curtis Castillo PC<br>Bank of America Plaza<br>901 Main Street, Ste. 6515<br>Dallas, TX 75202 |
| Ascent Victory Park<br>2588 N. Houston Street<br>Dallas, TX 75219 | AT&T Wireless<br>208 S. Akard Street<br>Dallas, TX 75202 | AT&T Wireless<br>P.O. Box 6463<br>Carol Stream, IL 60197 |
| Brendan J. Carlin<br>c/o Rachel E. Khirallah<br>Khirallah West PC<br>3027 Routh Street, Ste. 100<br>Dallas, TX 75201 | City of Dallas<br>1500 Marilla Street, Ste. 4AN<br>Dallas, TX 75201 | Compass Bank<br>c/o Shawn K. Brady<br>6351 Preston Road, Ste. 350<br>Dallas, TX 75034 |
| Equinox Highland Park<br>4023 Oak Lawn Ave.<br>Dallas, TX 75219 | Green Mountain Energy<br>910 Louisiana Street<br>Houston, TX 77002 | Internal Revenue Service<br>300 E. 8th Street<br>STOP 5026AUS<br>Austin, TX 78701 |
| Piney Lake Opportunities<br>    ECI Master Fund, LP<br>c/o Proskauer Rose, LLP<br>Attn: Charles Dale<br>One International Place<br>Boston, MA 02110-2600 | Portfolio Secure Lone LLC<br>101 Huntington Ave., Suite 500<br>Boston, MA 02199 | JHT Holdings, Inc.<br>c/o Peter N. Flocos<br>599 Lexington Ave., Suite 33<br>New York, NY 10022 |
| Lexington Law Group<br>2915 Hunter Mill Rd., Ste. 17<br>Oakton, VA 22124 | Matthew Baker<br>c/o Rachel E. Khirallah<br>Khirallah West PC<br>3027 Routh Street, Ste. 100<br>Dallas, TX 75201 | Neill S. Wright<br>c/o Darrell Cook<br>6688 North Central Expy.<br>Dallas, TX 75206 |
| Phelps Dunbar LLP<br>c/o Christopher Ralston<br>365 Canal Street, Ste. 2000<br>New Orleans, LA 70130 | Regus Management Group<br>15455 Dallas Pkwy., Ste. 600<br>Addiston, TX 75001 | Reward Zone Mastercard<br>P.O. Box 9001007<br>Louisville, KY 40290 |
| Sallie Mae Corp.<br>300 Continental Drive<br>Newark, DE 19713 | Sallie Mae Corp.<br>P.O. Box 8459<br>Philadelphia, PA 19101 | Spectrum Cable<br>400 Atlantic Street<br>Stamford, CT 06901 |
| State Farm Insurance Co.<br>One State Farm Plaza<br>Bloomington, IL 61710 | State of Maryland Child Support Division<br>311 West Saratoga Street<br>Baltimore, MD 21201 | Wendell McCain<br>106 Saison Road<br>Chapel Hill, NC 27517 |
| Worth Ross Management Co., Inc.<br>4144 N. Central Expy., Ste. 580<br>Dallas, TX 75204 | | |