David W. Elmquist — SBT #06591300
**REED & ELMQUIST, P.C.**
501 N. College Street
Waxahachie, TX 75165
(972) 938-7339 (direct)
(972) 923-0430 (fax)

**ATTORNEY FOR DIANE G. REED,
CHAPTER 7 TRUSTEE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERIC C. BLUE, *et al.*, | § | Case No. 19-33568-MVL-7 |
| | § | (Jointly Administered) |
| | § | **Hearing Date: October 22, 2020** |
| Debtors. | § | **Hearing Time: 1:30 p.m.** |

## NOTICE OF CONTINUED SHOW CAUSE HEARING

PLEASE TAKE NOTICE that a continued show cause hearing related to the Court's *Order Finding Eric C. Blue in Contempt of Court and Requiring Turnover of Financial Records* (Docket No. 83) has been set for **October 22, 2020 at 1:30 p.m.** before the Honorable Michelle V. Larson, United States Bankruptcy Court, 1100 Commerce Street, 14th Floor, Courtroom No. 2, Dallas, Texas to be conducted by Webex video conference.

The Webex hearing link will be posted to Judge Larson's web page prior to the hearing date and may be accessed here: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates.

Dated: October 13, 2020.          Respectfully submitted,

           **REED & ELMQUIST, P.C.**
           501 N. College Street
           Waxahachie, TX  75165
           (972) 938-7339
           (972) 923-0430 (fax)

           By: */s/ David W. Elmquist*
               David W. Elmquist (SBT #06591300)

           **ATTORNEYS FOR DIANE G. REED,
           CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

      This is to certify that on October 13, 2020, the undersigned caused a true and correct copy of the foregoing Notice of Continued Show Cause Hearing to be served electronically on all registered ECF users in this case, which includes Debtors' counsel.

                                        */s/ David W. Elmquist*
                                        David W. Elmquist