**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 17-33568-7** |
| | § | |
| **Eric C. Blue, et al.,[1]** | § | **Chapter 7** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

**DEBTORS' SUPPLEMENT TO DEBTORS'**
**SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

**Relates to:**
**Dkt. Nos. 108 and 109 (Case No. 19-33568);**
**Dkt. Nos. 26 and 27 (Case No. 19-33569); and**
**Dkt. Nos. 24 and 25 (Case No. 19-33571).**

The Debtors have made their best good-faith efforts to disclose the information required by the Bankruptcy Code, Bankruptcy Rules, and the Court's Orders. Mr. Blue's recent COVID-19 diagnosis and related illness have made providing this information difficult. Further, Mr. Blue's physical location in Washington D.C. made communication with his new bankruptcy counsel in Dallas, Texas difficult. Finally, the timing of the preparation of these Schedules and Statements in October 2020 versus the timing of the relevance of the questions in October 2019 made the preparation even more difficult. Notwithstanding the foregoing, the Debtors have done their best to provide prompt and fulsome disclosure.

Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors and their agents and attorneys hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate, but expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law.

The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts, including, but not limited to, amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the

---

[1] The jointly administered Debtors are Eric C. Blue (Case No. 19-33568); Capital Park Management Company, LLC (Case No. 19-33569); and Capital Park Private Equity Partners, LLC (Case No. 19-33571).

---

date of filing the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ materially from such estimates.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors. Accordingly, market values may vary—at some times materially—from net book values. The Debtors currently are unable to obtain audited or proven current market values of all of their property. Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined.

All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.