**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 19-33568-7** |
| | § | |
| **Eric C. Blue, et al.,[1]** | § | **Chapter 7** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

**ORDER GRANTING**
**DEBTOR ERIC BLUE'S MOTION TO DISMISS**
**INVOLUNTARY BANKRUPTCY CASE**

Upon consideration of the Motion to Dismiss Involuntary Bankruptcy Case filed by Debtor Eric Blue (the "Motion"), and after finding due and proper notice of the Motion and opportunity for hearing has been giving, and after finding this Court has proper jurisdiction of the Motion and

[1] The jointly administered Debtors are named to include Eric C. Blue, Capital Park Management Company, LLC, and Capital Park Private Equity Partners, LLC.

relief requested, and after finding good cause exists for granting the relief requested in the Motion, the Court hereby orders as follows:

1) It is ORDERED that the three jointly administered bankruptcy cases of Eric C. Blue, Capital Park Management Company, LLC, and Capital Park Private Equity Partners, LLC, nos. 19-33568-7, 19-33569-7, AND 19-33571-7 respectively, are hereby dismissed.
2) It is further ORDERED the Chapter 7 Trustee shall promptly return all property and funds of the estate back to the Debtor to the extent not necessary to pay the reasonable and necessary Trustee fees incurred in this case and approved by the Court.
3) It is further ORDERED that this is a Final Order.

#### End of Order ###

Respectfully submitted by

Mark A. Castillo
Robert C. Rowe
CURTIS | CASTILLO PC

COUNSEL FOR DEBTOR
ERIC C. BLUE