Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curtislaw.net
rrowe@curtislaw.net

**COUNSEL FOR DEBTOR**
**ERIC C. BLUE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 19-33568-7** |
| | § | |
| **Eric C. Blue, et al.,**[1] | § | **Chapter 7** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | **Hearing Date and time (if known):** |
| | § | **May 25, 2021 @ 9:30 a.m.** |

# DEBTOR ERIC BLUE'S MOTION TO APPROVE WAIVER OF DISCHARGE

TO THE HONORABLE MICHELLE V. LARSON, U.S. BANKRUPTCY JUDGE:

Eric Corey Blue, the Debtor herein, moves the Court to approve his waiver of discharge conditioned upon dismissal in accordance with 11 U.S.C. § 727(a)(10) and respectfully states:

1. These involuntary chapter 7 bankruptcy cases have been pending since October 2019, and numerous pleadings and orders may be reviewed to recount the myriad proceedings herein. Over the last few months, Debtor has negotiated with his creditors and constituents to propose

[1] The jointly administered Debtors are named to include Eric C. Blue, Capital Park Management Company, LLC, and Capital Park Private Equity Partners, LLC.

the resolution discussed herein.

2. Currently, the Debtor faces a section 727 discharge adversary by the U.S. Trustee seeking dismissal and/or loss of discharge, and various discovery, compel, and turnover matters by the Chapter 7 Trustee.

3. On June 26, 2020, the United States Trustee filed the adversary proceeding, William T. Neary v. Eric C. Blue, Case No. 19-33568-7, Adv No. 20-03083-mvl (the "Adversary Proceeding").

4. In view of the pending Adversary Proceeding and the Debtor's contemporaneously filed Motion to Dismiss Involuntary Bankruptcy Cases, Eric Corey Blue has informed the United States Trustee that he will waive his chapter 7 discharge in accordance with the Declaration of Eric Corey Blue Waiving Discharge, filed with the Court concurrently with this Motion.

**Conclusion**

WHEREFORE, PREMISES CONSIDERED, Mr. Blue respectfully requests the Court grant all relief requested by this Motion, allow Mr. Blue's conditional waiver of discharge, grant immediate dismissal of these three bankruptcy cases, and order return of all property and funds of the estate back to the Debtor to the extent not necessary to pay the reasonable and necessary Trustee fees incurred in this case and approved by the Court. Mr. Blue also requests all other relief, at law, or in equity, which is just under the circumstances.

Dated: April 13, 2021

Respectfully submitted,

_/s/ Mark A. Castillo_
Mark A. Castillo
Texas State Bar No. 24027795
Robert C. Rowe
Texas State Bar No. 24086253
CURTIS | CASTILLO PC
901 Main Street, Suite 6515
Dallas, Texas 75202
Telephone: 214.752.2222
Facsimile: 214.752.0709
Email: mcastillo@curtislaw.net
rrowe@curtislaw.net

**COUNSEL FOR DEBTOR**
**ERIC C. BLUE**

## CERTIFICATE OF SERVICE

The undersigned certifies that, on April 13, 2021, a true and correct copy of the foregoing document was served by the Court's CM/ECF system on all parties requesting or consenting to such service in this case and otherwise by U.S. Mail, postage prepaid, upon all creditors on the mailing matrixes for each bankruptcy case.

_/s/ Robert C. Rowe_
Robert C. Rowe