**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 19-33568-7** |
| | § | |
| **Eric C. Blue, et al.,**[1] | § | **Chapter 7** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

**Declaration of Eric Corey Blue Waiving Discharge**

The undersigned, being of lawful age and competent, states as follows:

1. I am over the age or eighteen, and am mentally and physically sound;

2. I completed graduate education and received a juris doctorate;

3. Before entering this waiver of discharge, I conferred with my bankruptcy attorney and have had opportunity to confer with other counsel as well;

4. I fully understand the legal consequence of waiving a discharge;

5. I speak and read English fluently;

6. These involuntary chapter 7 bankruptcy cases have been pending since October 2019, and numerous pleadings and orders may be reviewed to recount the myriad proceedings herein. Over the last few months, I have negotiated with creditors and constituents, through my counsel, to propose the resolution discussed herein. Currently, I face a section 727 discharge adversary by the U.S. Trustee seeking dismissal and/or loss of discharge, and various discovery, compel, and turnover matters by the Chapter 7 Trustee;

7. I am waiving my discharge voluntarily;

8. Subject to dismissal of the three-above named bankruptcy cases, I intend to waive my discharge as to all debts existing as of the date of my bankruptcy filing, and I specifically understand that this waiver includes the following:

   A. Debts listed on my Schedule of Secured Creditors, Schedule D, or added through any amendment to my Schedule of Secured Creditors, Schedule D;

   B. Debts listed on my Schedule of Creditors Holding Unsecured Priority Claims, Schedule E, or added through any amendment to my Schedule of Creditors

[1] The jointly administered Debtors are named to include Eric C. Blue, Capital Park Management Company, LLC, and Capital Park Private Equity Partners, LLC, Nos. 19-33568-7, 19-33569-7, and 19-33571-7, respectively.

Holding Unsecured Priority Claims, Schedule E;

C. Debts listed to my Schedule of Creditors Holding Unsecured, Non-Priority Claims, Schedule F, or added through any amendment to my Schedule of Creditors Holding Unsecured, Non-Priority Claims, Schedule F; and

D. Debts held by any creditor who has filed a proof of claim or is listed on the matrix or any amended matrix.

9. This waiver is subject to and conditioned upon the Court's approval of and granting my contemporaneously filed Motion to Dismiss Involuntary Bankruptcy Cases. In the event the Court denies such Motion in part or in its entirety, this waiver is not effective absent my further written consent.

10. This waiver allows the collection of debts but does not establish an admission of liability or amount.

The preceding statement is within my personal knowledge and is true and correct. The preceding statement is given on this 13th day of April 2021, under penalty of perjury under the laws of the State of Texas and the United States of America

Eric Blue

**Eric Corey Blue**