**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 19-33568-7** |
| | § | |
| **Eric C. Blue, et al.,**[1] | § | **Chapter 7** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |

## FINAL ORDER APPROVING WAIVER OF DISCHARGE BY DEBTOR ERIC COREY BLUE

On April 13, 2021, Debtor Eric Corey Blue filed his Motion to Approve Waiver of Discharge, which was accompanied by the Declaration of Eric Corey Blue Waiving Discharge (the "Waiver of Discharge"). In accordance with 11 U.S.C. § 727(a)(10), the Court ORDERS as follows:

[1] The jointly administered Debtors are named to include Eric C. Blue, Capital Park Management Company, LLC, and Capital Park Private Equity Partners, LLC, Nos. 19-33568-7, 19-33569-7, and 19-33571-7, respectively.

1. Debtor Eric Corey Blue's Motion to Approve Waiver of Discharge is GRANTED;

2. The Waiver of Discharge is APPROVED;

3. The Clerk of the Court is directed to provide notice to creditors in accordance with Federal Rule of Bankruptcy Procedure 6004; and

4. The Debtor's bankruptcy case and jointly administered bankruptcy cases Nos. 19-33568-7, 19-33569-7, AND 19-33571-7 shall be dismissed under separate order of the Court.

SO ORDERED AND ADJUDGED.

###END OF ORDER###