Label Matrix for local noticing
0539-3
Case 19-33568-mvl7
Northern District of Texas
Dallas
Tue Apr 13 15:51:04 CDT 2021

JHT Holdings, Inc.
c/o Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201-2721

Piney Lake Opportunities ECI Master Fund, L.
c/o Michael M. Lauter, Esq.
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109

Portfolio Secure Lone, LLC
101 Huntington Avenue, Suite 500
Boston, MA 02199-7603

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

AT&T Wireless
208 S. Akard St.
Dallas, TX 75202-4206

AT&T Wireless
P.O. Box 6463
Carol Stream, IL 60197-6463

Arthur Maxwell
101 Huntington Avenue, Suite 500
Boston, MA 02199-7603

Ascent Victory Park
2588 N. Houston St.
Dallas, TX 75219-7801

Brendan J. Carlin
c/o Rachel E. Khirallah
Khirallah West PC
3027 Routh Street, Suite 100
Dallas, TX 75201

Christina B. Johnson
3909 Prospect Street
Kensington, MD 20895-3917

(p)CITY OF DALLAS
C O CITY SECRETARYS OFFICE
DALLAS CITY HALL
1500 MARILLA STREET ROOM 5D SOUTH
DALLAS TX 75201-6390

(p)COMPASS BANK
AL BI-HW REC
PO BOX 10566
BIRMINGHAM AL 35296-0002

Compass Bank
c/o Shawn K. Brady
6351 Preston Road, Suite 350
Dallas, TX 75205

Equinox Highland Park
4023 Oak Lawn Ave.
Dallas, TX 75219-3187

Green Mountain Energy
910 Louisiana Street
Houston, TX 77002-4914

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Special Procedures - Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

JHT Holdings, Inc.
c/o Bell Nunnally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, Texas 75201-2721

JHT Holdings, Inc.
c/o Peter N. Flocos
599 Lexington Avenue
New York, NY 10022-6030

Lexington Law Group
2915 Hunter Mill Rd.
Ste. 17
Oakton, VA 22124-1716

Matthew Baker
c/o Rachel E. Khirallah
Khirallah West PC
3027 Routh Street, Suite 100
Dallas, TX 75201

Matthew R. Baker
101 California Street
Suite 3600
San Francisco, CA 94111-5843

NEILL S. WRIGHT
DARRELL W. COOK & ASSOCIATES
A PROFESSIONAL CORPORATION
6688 North Central Expressway, Suite 100
Dallas, TX 75206-3925

Neill S. Wright
c/o Darrell Cook
6688 North Central Expressway
Dallas, TX 75206-3914

Phelps Dunbar LLP
Danielle Mashburn-Myrick
PO Box 2727
Mobile, AL 36652-2727

Piney Lake Opportunities ECI Master Fund LP
c/o Charles Dale
Proskauer Rose LLP
One International Place
Boston, MA 02110-2639

Regus Management Group
15455 Dallas Pkwy.
Ste. 600
Addison, TX 75001-6760

Reward Zone Mastercard
P.O. Box 9001007
Louisville, KY 40290-1007

Sallie Mae Corp.
300 Continental Dr.
Newark, DE 19713-4322

Sallie Mae Corp.
P.O. Box 8459
Philadelphia, PA 19101-8459

Santander Consumer USA Inc.
P.O. Box 560284
Dallas, TX 75356-0284

Spectrum Cable
400 Atlantic Street
Stamford, CT 06901-3512

State Farm Insurance Co.
One State Farm Plaza
Bloomington, IL 61710-0001

State of Maryland Child Support Division
311 West Saratoga Street
Baltimore, MD 21201-3500

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Wendell McCain
106 Saison Road
Chapel Hill, NC 27517-5658

Worth Ross Management Co., Inc.
4144 N. Central Expy.
Suite 580
Dallas, TX 75204-2169

Diane G. Reed
501 N. College Street
Waxahachie, TX 75165-3361

Eric C. Blue
3140 Harvard Avenue
Suite 402
Dallas, TX 75205-3417

Mark A. Castillo
Curtis Castillo PC
901 Main Street, Suite 6515
Dallas, TX 75202-3782

Neill S. Wright
c/o Darrell W. Cook & Associates
6688 North Central Expressway
Suite 1000
Dallas, TX 75206-3900

Robert Coleman Rowe
Curtis Castillo, P.C.
901 Main Street, Suite 6515
Dallas, TX 75202-3782

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Dallas
1500 Marilla St.
Suite 4AN
Dallas, TX 75201

Compass Bank
15 20th Street S.
Birmingham, AL 35233

Internal Revenue Service
Department of the Treasury
Internal Revenue Service
Austin, TX 73301-0002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CRO of C-PAK Consumer Product Holdings, LL

(d)Portfolio Secure Lone LLC
101 Huntington Avenue, Suite 500
Boston, MA 02199-7603

(d)Christina B. Johnson
3909 Prospect St.
Kensington, MD 20895-3917

End of Label Matrix
Mailable recipients 42
Bypassed recipients 3
Total 45