CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 7, 2021**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERIC C. BLUE, *et al.,* | § | CASE NO. 19-33568-MVL-7 |
| | § | (Jointly Administered) |
| Debtors. | § | |

**ORDER DENYING DEBTOR ERIC BLUE'S MOTION TO DISMISS JOINTLY ADMINISTERED CASES**

On June 2, 2021, came on for hearing in these jointly administered cases Debtor Eric Blue's Motion to Dismiss Jointly Administered Cases (Docket No. 200; the "Motion to Dismiss"), filed April 13, 2021 by Debtor Eric Blue ("Blue"). After considering the Motion to Dismiss, in which dismissal of these jointly administered cases was sought pursuant to 11 U.S.C. §§ 305 and 707, the evidence presented, and the argument of counsel, the Court finds for the reasons stated on the record that the Motion to Dismiss should be denied at this time. It is therefore

ORDERED that the Motion to Dismiss is DENIED without prejudice to Blue re-urging the Motion to Dismiss upon materially changed circumstances.

### END OF ORDER ###

SUBMITTED BY:

David W. Elmquist
REED & ELMQUIST, P.C.
501 N. College Street
Waxahachie, TX 75165
(972) 938-7339
(972) 923-0430 (fax)
Email: delmquist@bcylawyers.com

ATTORNEYS FOR DIANE REED, CHAPTER 7 TRUSTEE