CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 7, 2021**

Michelle V. Larson

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ERIC C. BLUE, *et al.*, | § | CASE NO. 19-33568-MVL-7 |
| | § | (Jointly Administered) |
| Debtors. | § | |

**ORDER DENYING DEBTOR ERIC BLUE'S MOTION TO APPROVE WAIVER OF DISCHARGE**

On June 2, 2021, came on for hearing in these jointly administered cases Debtor Eric Blue's Motion to Approve Waiver of Discharge (Docket No. 201; the "Motion for Waiver"), filed April 13, 2021 by Debtor Eric Blue. After considering the Motion for Waiver, the Court finds that the Motion for Waiver should be denied as moot. It is therefore

ORDERED that the Motion for Waiver is DENIED as moot.

### END OF ORDER ###

SUBMITTED BY:

David W. Elmquist
REED & ELMQUIST, P.C.
501 N. College Street
Waxahachie, TX 75165
(972) 938-7339
(972) 923-0430 (fax)
Email: delmquist@bcylawyers.com

ATTORNEYS FOR DIANE REED, CHAPTER 7 TRUSTEE